IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 1:19-CR-201 |
| v. ) | |
| ) | The Hon. Leonie M. Brinkema |
| GEORGE AREF NADER, ) | |
| *Defendant.* ) | |

## ORDER

UPON MOTION of the United States of America, and for good cause shown, it is HEREBY ORDERED THAT:

The Application, Search Warrant, and Affidavit in the following matters are unsealed and made part of the public record in this matter:

1:18SW154 (Mar. 16, 2018);

1:18SW181 (Apr. 3, 2018);

1:18SW366 (Jul. 2, 2018);

1:18SW367 (Jul. 2, 2018);

1:19SW92 (Feb. 13, 2019)

1:19SW93 (Feb. 13, 2019)

1:19SW94 (Feb. 13, 2019)

1:19SW118 (Feb. 22, 2019)

1:19SW119 (Feb. 22, 2019)

1:19SW120 (Feb. 22, 2019)

1:19SW881 (Jun. 14, 2019).

Dated: July 19, 2019
Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge